**DISMISS and Opinion Filed October 24, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00730-CV

### ONCOR ELECTRIC DELIVERY COMPANY, LLC, Appellant
### V.
### CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO. 16-COC-000382 AS SUBROGEE OF EPC-SOUN B, LLC, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-04359**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Nowell
Opinion by Justice Pedersen, III

Pursuant to a settlement agreement, the parties' have filed a joint motion to vacate and render judgement. We grant the motion, vacate the trial court's judgment without regard to the merits, and dismiss the cause with prejudice. *See* TEX. R. APP. P. 42.1(a)(2)(A).

230730f.p05

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ONCOR ELECTRIC DELIVERY
COMPANY, LLC, Appellant

No. 05-23-00730-CV      V.

CERTAIN UNDERWRITERS AT
LLOYD'S OF LONDON
SUBSCRIBING TO POLICY NO.
16-COC-000382 AS SUBROGEE
OF EPC-SOUN B, LLC, Appellee

On Appeal from the 116th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-04359.
Opinion delivered by Justice
Pedersen, III. Justices Molberg and
Nowell participating.

In accordance with this Court's opinion of this date, we **VACATE** the trial court's judgement without regard to the merits and **DISMISS** this cause with prejudice.

We **ORDER** that each party bear its own costs of this appeal.

After appellant Oncor Electric Delivery Company, LLC has paid its share of the costs of this appeal, we **DIRECT** the Clerk of the District Court to release to appellant's counsel the supersedeas bond filed on July 26, 2023.

Judgment entered this 24th day of October, 2023.